UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Jonathan Blaylock, | Case No. 2:25-cv-00782-JAD-NJK |
|---|---|
| Petitioner | |
| v. | **Order Denying IFP Application and Directing Petitioner to Pay $5 Filing Fee by June 18, 2025** |
| Warden Oliver, et al., | |
| Respondents | [ECF No. 1] |

Jonathan Blaylock, a Nevada prisoner, petitions for a writ of habeas corpus under 28 U.S.C. § 2254.[1] Based on the financial information provided, I find that he is able to pay the full $5.00 filing fee in this matter, so I deny his application to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* **[ECF No. 1] is DENIED**. Petitioner must have the $5.00 fee sent to the Clerk of Court by June 18, 2025, or this case will be dismissed.

IT IS FURTHER ORDERED that the Clerk of Court is directed to **SEND petitioner two copies of this order**, and petitioner must make the necessary arrangements to have one of those copies attached to the check for the filing fee.

Dated: May 18, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.