UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan Blaylock,<br><br>    Petitioner<br><br>v.<br><br>Ronald Oliver, *et al.*,<br><br>    Respondents | Case No.: 2:25-cv-00782-JAD-NJK<br><br>**Order Granting Leave to File<br>Second Amended Petition**<br><br>[ECF No. 15] |

    In this habeas corpus action Petitioner Jonathan Blaylock moves for leave to file a second amended petition for writ of habeas corpus.[1] Blaylock explains that he filed his first amended petition as a "protective petition" to ensure that all his known claims were presented in a timely manner, but he requests leave to file a second amended petition "that reflects counsel's considered judgment because counsel has not been able to review the full record."[2] Blaylock requests 90 days to file the second amended petition.[3] Respondents do not oppose the motion.[4]

    With good cause appearing, IT IS THEREFORE ORDERED that petitioner's motion for leave to file a second amended petition [**ECF No. 15] is GRANTED**, and **petitioner has until December 18, 2025**, to file a second amended petition for writ of habeas corpus.[5] In all other respects, the scheduling order entered July 31, 2025 [ECF No. 12] remains in effect.

                                                        _____
                                                        U.S. District Judge Jennifer A. Dorsey
                                                        September 17, 2025

---

[1] ECF No. 15.
[2] *Id.* at 2–3.
[3] *Id.* at 3.
[4] ECF No. 16.
[5] In granting this motion, the court makes no comment about, and does not mean to affect in any way, the application of any statute of limitations to this case.