UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan Blaylock,<br><br>    Petitioner<br><br>v.<br><br>Ronald Oliver, *et al.*,<br><br>    Respondents | Case No.: 2:25-cv-00782-JAD-NJK<br><br>**Order Granting<br>Motion for Extension of Time**<br><br>[ECF No. 19] |

    In this habeas corpus action, Petitioner Jonathan Blaylock, who is represented by appointed counsel, was due to file a second amended habeas petition on December 18, 2025.[1] Blaylock moves to extend that deadline by 90 days, to March 18, 2026.[2] Blaylock's counsel states that this extension is necessary because they are new to the case and the record is voluminous, and counsel represents that the respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay, so I grant the requested extension.

    IT IS THEREFORE ORDERED that the Motion for Extension of Time **[ECF No. 19] is GRANTED**. Petitioner has until **March 18, 2026**, to file a second amended petition for writ of habeas corpus.[3] In all other respects, the scheduling order entered July 31, 2025 [ECF No. 12] remains in effect.

                                                        _____
                                                        U.S. District Judge Jennifer A. Dorsey
                                                        December 31, 2025

---

[1] ECF No. 17.

[2] ECF No. 19.

[3] In granting this motion, the court makes no comment about, and does not mean to affect in any way, the application of any statute of limitations to this case.