**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jonathan Blaylock, | Case No.: 2:25-cv-00782-JAD-NJK |
| Petitioner | |
| v. | **Order Granting<br>Motion for Extension of Time** |
| Ronald Oliver, *et al.*, | [ECF No. 21] |
| Respondents | |

In this habeas corpus action, after a 92-day initial period and a 90-day extension, Petitioner Jonathan Blaylock, who is represented by appointed counsel, was due to file a second amended habeas petition by March 18, 2026.[1]  Blaylock moves to extend that deadline by another 61 days, to May 18, 2026.[2]  Blaylock's counsel states that this extension is necessary because they are new to the case and the record is voluminous and because of their obligations in other cases, and counsel represents that Respondents do not oppose the request.  I find that the request is made in good faith and not solely for the purpose of delay, so I grant the requested extension.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [**ECF No. 21] is GRANTED**.  Petitioner has until **May 18, 2026**, to file a second amended petition for writ of habeas corpus.[3]  In all other respects, the scheduling order entered July 31, 2025 [ECF No. 12] remains in effect.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 31, 2026

_____

[1] ECF Nos. 17, 20.

[2] ECF No. 21.

[3] In granting this motion, the court makes no comment about, and does not mean to affect in any way, the application of any statute of limitations to this case.