# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jonathan Blaylock,

     Petitioner

v.

Ronald Oliver, *et al.*,

     Respondents

Case No.: 2:25-cv-00782-JAD-NJK

**Order Granting
Motion for Extension of Time**

[ECF No. 23]

In this habeas corpus action, after a 92-day initial period, a 90-day extension, and a 61-day extension, Petitioner Jonathan Blaylock, who is represented by appointed counsel, was due to file a second amended habeas petition by May 18, 2026.[1]  Blaylock moves to extend that deadline by another 14 days, to June 1, 2026.[2]  Blaylock's counsel states that this extension is necessary because the record is voluminous and because of their obligations in other cases, and counsel represents that the respondents do not oppose the request.  I find that the request is made in good faith and not solely for the purpose of delay, so I grant the requested extension.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [**ECF No. 23] is GRANTED**.  Petitioner has until **June 1, 2026**, to file a second amended petition for writ of habeas corpus.[3]  In all other respects, the scheduling order entered July 31, 2025 [ECF No. 12] remains in effect.

_____
U.S. District Judge Jennifer A. Dorsey
May 18, 2026

---

[1] ECF Nos. 17, 20, 22.

[2] ECF No. 23.

[3] In granting this motion, the court makes no comment about, and does not mean to affect in any way, the application of any statute of limitations to this case.