**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jonathan Blaylock,

Petitioner

v.

Oliver, et al.,

Respondents

Case No.: 2:25-cv-00782-JAD-NJK

**Order Granting Respondents' Motion to Extend**

[ECF No. 26]

The respondents seek an extension of time to file their response to the second amended petition.[1] I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

IT IS ORDERED that the respondents' unopposed first motion for extension of time **[ECF No. 26] is GRANTED**. The respondents have until **October 30, 2026**, to file their response.

U.S. District Judge Jennifer A. Dorsey
October 16, 2026

[1] ECF No. 26.